ALEXANDER ANDERSON, Respondent, *v.* ANNIE KNOBLOCH et al., Defendants, and NEW YORK INTER-URBAN WATER COMPANY, Appellant.

*Anderson* v. *Knobloch*, 155 App. Div. 917, affirmed.
(Argued January 20, 1915; decided February 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 27, 1913, which affirmed an interlocutory judgment of Special Term confirming the report of a referee and directing the sale of certain premises in an action of partition.

*Charles P. Blaney* and *Edwin J. Tetlow* for appellant.

*Harry A. Anderson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.